IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANDREA C. WEATHERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:08CV847 |
| | ) |
| UNIVERSITY OF NORTH | ) |
| CAROLINA AT CHAPEL HILL; | ) |
| HERBERT B. PETERSON, in his | ) |
| individual and official capacity; | ) |
| JONATHAN KOTCH, in his | ) |
| individual and official capacity; | ) |
| BARBARA K. RIMER, in her | ) |
| individual and official capacity; | ) |
| EDWARD M. FOSTER, in his | ) |
| individual and official capacity; | ) |
| and SANDRA L. MARTIN, in her | ) |
| individual and official capacity; | ) |
| | ) |
| Defendants. | ) |

## ORDER OF APPROVAL

The Court has reviewed the Joint Rule 26(f) Report submitted by the parties. The Report is approved without modification.


United States Magistrate Judge

Date: August 28, 2009