## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## Case Number: 1:08-cv-00847

| | |
|---|---|
| **ANDREA WEATHERS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | **OF COUNSEL** |
| **UNIVERSITY OF NORTH** ) | |
| **CAROLINA AT CHAPEL HILL et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Gregory S. Connor of The Connor Law Firm, PLLC, 2530 Meridian Parkway, Suite 300, Durham, NC 27713, hereby enters appearance in the above-captioned matter as counsel on behalf of Plaintiff Andrea Weathers.

1

This the 1st day of February, 2010.

          THE CONNOR LAW FIRM, PLLC

      By:   /s/ Gregory S. Connor
          GREGORY S. CONNOR
          2530 Meridian Parkway, Suite 300
          Durham, NC  27713
          (919) 237-9220
          (919) 237-9221
          Email: gc@connorlaw.com

2

Case 1:08-cv-00847-WO-PTS   Document 51   Filed 02/01/10   Page 2 of 4

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of North Carolina, over the age of eighteen years, and not a party to the foregoing action. My business address is The Connor Law Firm, PLLC, 2530 Meridian Parkway, Suite 300, Durham, NC 27713.

On February 1, 2010, I served the following document(s) by the method indicated below:

**Notice of Appearance of Counsel**

X     **ECF SYSTEM**
By filing the document(s) listed above on the Court's Electronic Case Filing System. I am informed and believe that the documents will be electronically served on all individuals registered with such system. For individuals not registered with the ECF system, I have placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below for delivery. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

**Thomas J. Ziko**
**Assistant Attorney General**
**Education Section**
**North Carolina Department of Justice**
**PO Box 629**
**Raleigh, NC 27602-0629**
**tziko@ncdoj.gov**

3

I declare under penalty of perjury under the laws of the State of North Carolina that the above is true and correct.

This the 1st day of February, 2010.

                                                        THE CONNOR LAW FIRM, PLLC

                              By:      /s/ Gregory S. Connor
                                              GREGORY S. CONNOR
                                              2530 Meridian Parkway, Suite 300
                                              Durham, NC  27713
                                              (919) 237-9220
                                              (919) 237-9221
                                              Email: gc@connorlaw.com